■ THOMAS D. MINICUCCI, Appellant, v A. JOHN MEROLA et al., Respondents. [661 NYS2d 567] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.

■ MICHELLE MANCE, Respondent, v JOAN M. COFF, Appellant. [661 NYS2d 567] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tormey, III, J. (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.